AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SATA GmbH & Co. KG,

        Plaintiff,

v.

Taizhou Xingye Pneumatic Tools Co., Ltd.,

        Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:19-cv-01948-GMN-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment be entered in favor of Plaintiff SATA GmbH & Co. KG and against Defendant Taizhou Xingye Pneumatic Tools Co., Ltd.

IT IS FURTHER ORDERED that Defendant Taizhou Xingye Pneumatic Tools Co., Ltd. be permanently enjoined from using in commerce any reproduction, counterfeit, copy, or colorable imitation likely to cause confusion of a product that infringes on any of the trademarks and/or patents of Plaintiff.

IT IS FURTHER ORDERED that Defendant pay Plaintiff $10,000,000 in statutory damages.

IT IS FURTHER ORDERED that Defendant pay Plaintiff $7,153 in attorneys' fees.

IT IS FURTHER ORDERED that Defendant pay Plaintiff $742.10 in costs.

| 2/16/2021 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |

        /s/ H. Magennis

        Deputy Clerk